

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F. AND S.W.F., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating the parental rights of Thomas M. and Sheila F. The clerk's record and reporter's record have been filed and appellants' briefs are due on April 5, 2021.

On March 19, 2021, interveners, G.Z. and S.R., filed a Suggestion of Death and Motion to Dismiss, stating appellant Thomas M. died on or about February 26, 2021, and asking this court to dismiss his appeal. In their motion, interveners contend appellant Sheila F. "confirmed through her attorney, that Appellant, [Thomas M.] has died." Attached to the motion is a newspaper article about the death of an individual named 'Thomas Mack.' No other documentation supporting Thomas M.'s death has been provided to this court, nor do interveners allege they have the authority to act on behalf of Thomas M. or his estate.

On March 23, 2021, this court ordered appellant Sheila F. and the Texas Department of Family and Protective Services to file responses to interveners' Suggestion of Death and Motion to Dismiss no later than April 2, 2021. On March 24, 2021, Sheila F. filed a response acknowledging that Thomas M. had died and urging this court to request a response from Thomas M.'s attorney, Mr. Shawn Sheffield.

Mr. Sheffield is hereby ORDERED to file a response to interveners' Suggestion of Death and Motion to Dismiss **no later than April 2, 2021**.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court